UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| | : | |
| | : | VIOLATION: 18 U.S.C. § 201(b)(2)(C) |
| | : | (Bribery) |
| **v.** | : | |
| | : | |
| **LLOYD LOGAN,** | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney informs the Court that:

1. In November 2003, defendant LLOYD LOGAN was employed as an Investigator at the Alcohol Beverage Regulation Administration in the District of Columbia ("ABRA").

2. Pursuant to his job responsibilities as an ABRA Investigator, Lloyd Logan was charged with the authority to periodically inspect facilities licensed by ABRA for the purposes of ensuring that each licensed facility was operating in compliance with ABRA Board rulings and Title 25 of the District of Columbia Code ("Code"). In particular, the Code required that each licensed facility, when the owner wass absent, maintain an Alcohol and Beverage Control ("ABC") Manager, whose job responsibilities was to ensure compliance with the Code. If there was no ABC Manger on duty inside the bar, the ABRA Investigator was required to pursue a possible administrative sanction by filing a report with ABRA.

3. In November, 2003, Johnny K's was a bar licensed by ABRA to operate in Northeast, Washington, D.C.

4. Between on or about November 28, 2003, and November 30, 2003, in a continuing course of conduct, in the District of Columbia, the defendant LLOYD LOGAN, a government employee

for the District of Columbia, otherwise than as provided by law for the proper discharge of official duties, directly and indirectly did corruptly agree to receive something of value, that is, cash, to omit an act in violation of his official duty performed or to be performed by Lloyd Logan, that is, failure to report the absence of an ABC Manager at Johnny K's to ABRA.

**(Bribery, in Violation
of 18 United States Code, Section 201(b)(2)(C))**

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN
                        United States Attorney
                        for the District of Columbia
                        D.C. Bar No. 451058

BY: _____
        JONATHAN N. ROSEN
        ASSISTANT U.S. ATTORNEY
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 514-6991