IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-350 (RMU) |
| LLOYD LOGAN, | ) ) ) | |
| Defendant. | ) ) | |

## UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Lloyd Logan, through undersigned counsel, respectfully submits this unopposed motion to continue the plea hearing in this matter.

As grounds for this motion, defense counsel submits:

1. On September 26, 2005, an Information was filed charging Mr. Logan with one count of bribery, in violation of 18 U.S.C. § 201(b)(2)(C).

2. Mr. Logan's plea is currently scheduled for September 26, 2005 at 10:00 a.m.

3. Due to some late-received information concerning Mr. Logan's case, the defense is respectfully requesting a brief continuance of the plea hearing. Undersigned counsel contacted Your Honor's courtroom deputy and left a voicemail message on this subject today at 3:30 p.m. If acceptable to the Court, the parties would like to meet among themselves and contact chambers early next week regarding a new plea date.

WHEREFORE, Mr. Logan respectfully requests that the plea hearing in this matter be continued until a date to be set.

        Respectfully submitted,

        A.J. KRAMER
        Federal Public Defender


        _____/s/_____
        Jonathan S. Jeffress
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C. 20004
        (202) 208-7500