IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                           )<br>)<br>LLOYD LOGAN,                               )<br>)<br>Defendant.                      )  | Criminal No. 05-350 (RMU) |

**ORDER**

Upon consideration of the defendant's unopposed motion for a continuance of the plea hearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea haring is re-scheduled for

_____, 2005 at _____ am/pm.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE


_____
DATE

Jonathan S. Jeffress, AFPD
Jonathan Rosen, AUSA