IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
    )
    )
v.    )    Criminal No. 05-350 (RMU)
    )
LLOYD LOGAN,    )
    )
Defendant.    )
    )

**FILED**

**SEP 2 3 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the defendant's unopposed motion for a continuance of the plea

hearing, it is hereby

ORDERED that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the plea haring is re-scheduled for

_October 7, 2005_ , at _9:45AM_

SO ORDERED.

_Ricardo M. Urbina_
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_9/23/05_
DATE

Jonathan S. Jeffress, AFPD
Jonathan Rosen, AUSA