UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
                v.              :   Criminal Action No.: 05-350 (RMU)
                                :
LLOYD LOGAN,                    :
                                :        FILED
            Defendant.          :
                                         SEP 3 0 2005

**O R D E R**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 29th day of September 2005,

**ORDERED** that the plea hearing in the above-captioned case scheduled for October 7, 2005, is hereby **VACATED** and **RESCHEDULED** for October 11, 2005, at 2:00 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge