UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-350 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **LLOYD LOGAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

**GOVERNMENT'S CONSENT MOTION TO CONTINUE THE PLEA HEARING**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby moves to continue the plea hearing in the instant matter until October 14, 18, 24, or 27, 2005, or at any time that is convenient for the Court and parties. In support thereof, the government sets forth the following:

1. The instant matter is presently scheduled for a plea hearing on October 11, 2005, at 2:00 p.m. On September 23, 2005, the Court granted the defendant's motion to continue the instant matter until October 7, 2005. On September 30, 2005, the Court *sua sponte* continued the instant matter until October 11, 2005.

2. In an unrelated case, the handling Assistant United States Attorney and defense counsel for Ms. Odokara have a debriefing with an out-of-state witness on October 11, 2005 at 1:00 p.m. The government has already purchased airfare for the witness' trip. A plea hearing involving the same witness is scheduled for October 12, 2005. The debriefing on October 11, 2005 is a necessary precondition to the plea hearing on the following day.[1]

3. The undersigned counsel has contacted defense counsel, who consents to the

---

[1] The above-mentioned debriefing and plea haring were set in August, 2005.

government's motion to continue.

WHEREFORE, the government respectfully requests that the Court vacate the plea hearing date presently scheduled for October 11, 2005, and continue the plea hearing in the instant matter until October 14, 18, 24, or 27, 2005, or any other time that is convenient for the Court and parties.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

———————————————
JONATHAN N. ROSEN
ASSISTANT UNITED STATES ATTORNEY
California Bar No. 162607
555 Fourth Street, N.W. Room 5237
Washington, D.C. 20001
(202) 514-6991

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was served by mail upon the attorney for the defendant, John Jeffress, Esq., Assistant Federal Public Defender, Federal Public Defender for the District of Columbia, Suite 550, 625 Indiana Avenue, N.W., Washington, D.C. 20004, on this 6th day of October, 2005.

_____
JONATHAN N. ROSEN
ASSISTANT UNITED STATES ATTORNEY