## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-350 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **LLOYD LOGAN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

### ORDER

_____ After consideration of the Government's Consent Motion to Continue The Plea Hearing, and the entire record in this matter, it is this _____ day of _____, 2005, hereby:

ORDERED that the government's motion is GRANTED;

ORDERED that the plea hearing scheduled for October 11, 2005 is VACATED; and it is further

ORDERED that the plea hearing in the instant matter be scheduled for _____, 2005 at _____ _.m.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

cc:  John Jeffress
Assistant Federal Public Defender
Federal Public Defender for the District of Columbia
Suite 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004

Jonathan N. Rosen
Assistant U.S. Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530