UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-350 (RMU) |
| | : | |
| v. | : | |
| | : | FILED |
| LLOYD LOGAN, | : | |
| | : | OCT 6 - 2005 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |

## ORDER

After consideration of the Government's Consent Motion to Continue The Plea Hearing, and the entire record in this matter, it is this 6th day of October, 2005, hereby:

ORDERED that the government's motion is GRANTED;

ORDERED that the plea hearing scheduled for October 11, 2005 is VACATED; and it is further

ORDERED that the plea hearing in the instant matter be scheduled for Oct. 27, 2005 at 2:00 p.m.

_Ricardo M. Urbina_
RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

cc:  John Jeffress
     Assistant Federal Public Defender
     Federal Public Defender for the District of Columbia
     Suite 550
     625 Indiana Avenue, N.W.
     Washington, D.C. 20004

     Jonathan N. Rosen
     Assistant U.S. Attorney
     Fraud and Public Corruption Section
     555 4th Street, N.W.
     Washington, D.C. 20530