United States District Court
for the District of Columbia

**FILED**
OCT 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**LLOYD LOGAN**

WAIVER OF INDICTMENT

CASE NUMBER: 05-0350 (RMU)

I, **LLOYD LOGAN,** the above named defendant, who is accused of **Bribery, Title 18 United States Code, Sections 201(b)(2)(C),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **September 15, 2005,** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Ricardo M. Urbina
United States District Court Judge