## UNITED STATS DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.: |
| : | |
| : | VIOLATION: 18 U.S.C. § 201(b)(2)(C) |
| : | (Bribery)  CR 05-350 |
| v. : | |
| : | FILED |
| **LLOYD LOGAN,** : | |
| : | OCT 2 7 2005 |
| **Defendant.** : | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant Lloyd Logan agrees and stipulates that the following facts are true:

LLOYD LOGAN ("LOGAN") was an Investigator with the Alcohol Beverage Regulation Administration in the District of Columbia ("ABRA").

Pursuant to its regulatory scheme, ABRA assigned an investigator periodically to inspect facilities licensed by ABRA for the purposes of ensuring that each licensed facility is operating in compliance with ABRA Board rulings and Title 25 of the District of Columbia Code ("Code"). In particular, the Code required that each licensed facility, when the owner was absent, maintain an Alcohol and Beverage Control (ABC) Manager, whose job responsibilities was to ensure compliance with the Code. If there was no ABC Manger on duty inside the bar, the ABRA investigator was required to pursue a possible administrative sanction by filing a report with ABRA.

Between on or about November 28 and November 30, 2003, Logan conducted a compliance check at Johnny K's, a bar in the District of Columbia. Logan observed that Johnny K's was open for business without its owner and ABC Manager. LOGAN advised the bar manager that Johnny K's was operating in violation of the Code. At the bar manager's request, LOGAN accompanied the

bar manager to an office located in the rear of Johnny K's. Inside the office, the bar manager asked LOGAN whether the bar manager could do anything to keep Johnny K's open. Subsequently, the bar manager opened a safe located in the office. The bar manager then removed a wad of money from the safe. In LOGAN's presence, the bar manager counted approximately $200-$300 in the wad. The bar manager then handed the same wad of money to LOGAN, who received the cash. Logan then left the bar with the cash. Thereafter, Logan failed to report the absence of an ABC Manager at Johnny K's to ABRA.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
JONATHAN N. ROSEN
Assistant United States Attorney
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5237
Washington, D.C. 20530
(202) 514-6991

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, John Jeffress, I declare under penalty of perjury that this Statement of Offense is true and correct.

Date: 10/27/05

_____
Lloyd Logan
Defendant

I have discussed this Statement of Offense with my client, Lloyd Logan. I concur with his decision to stipulate to this Statement of Offense.

Date: 10/27/05

_____
John Jeffress
Attorney for the Defendant