UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-350 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **LLOYD LOGAN** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits this Memorandum In Aid of Sentencing. In support of its Memorandum, the United States relies on the following points and authorities and such other points and authorities as may be cited at the sentencing hearing in the instant case.

**I. BACKGROUND**

On October 27, 2005, the defendant pled guilty before the Court to an information charging him with Bribery, in violation of 18 U.S.C. § 201(b)(2)(C). The government incorporates by reference the statement of the offense included in the Presentence Investigation Report ("PSR"). See PSR at ¶ 7.

The parties believe that the defendant's total offense level is eight, his criminal history is I, and his guideline range is zero to six months of imprisonment. See id. at ¶ 53. See also id. at pp.13-14 (parties' objections, if any, resolved prior to submission of revised PSR). According to the PSR, the defendant presently falls within Zone A of the Sentencing Table. See id. at ¶ 59.

**II. ALLOCUTION**

The instant offense reflects a degree of corruption which subjects him to six months in prison. However, the government acknowledges the defendant's early acceptance of responsibility

for the charged incident and lack of prior convictions. As a result, the government requests that the Court sentence the defendant to probation with appropriate terms and conditions, including, but not limited to, compliance with any mental health directive from probation.

### III.  CONCLUSION

WHEREFORE, the government respectfully requests that the Court sentence the defendant to a term of probation with appropriate terms and conditions.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR # 451058

---

JONATHAN N. ROSEN
ASSISTANT UNITED STATES ATTORNEY
California Bar No. 162607
555 Fourth Street, N.W. Room 5237
Washington, D.C. 20001
(202) 514-6991

### CERTIFICATE OF SERVICE

_____ I HEREBY CERTIFY that a copy of the foregoing was served by telecopier upon the attorney for the defendant, Jonathan Jeffress, 625 Indiana Avenue, N.W., 5th Floor, Suite 550, Washington, D.C. 20004 on this 5th day of January, 2006.

---

ASSISTANT UNITED STATES ATTORNEY