### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-350 (RMU)** |
| | ) | |
| **LLOYD LOGAN** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### DEFENDANT LLOYD LOGAN'S
### MEMORANDUM IN AID OF SENTENCING

_____Defendant Lloyd Logan, through undersigned counsel, respectfully submits this Memorandum in Aid of Sentencing.[1]  For the reasons stated below, Mr. Logan respectfully submits that he should be sentenced to one year of probation.  Mr. Logan respectfully also submits that he does not have the financial resources to pay a fine.

1.  On September 16, 2005, Mr. Logan was charged by Information with one count of bribery.  Mr. Logan plead guilty to that count on October 27, 2005.

2.  The offense conduct in this case is set forth in paragraph 7 of the PSR.  Mr. Logan's actions were an isolated incident that occurred during an extreme moment of weakness.  The incident has already cost Mr. Logan significantly, as he lost his job with the D.C. Alcohol Beverage Control Board as a result of the offense.  Mr. Logan now works part-time as a cashier at a Giant Supermarket, while seeking other work.

3.  Several individuals have submitted letters to the Court (attached to this Memorandum) attesting to Mr. Logan's character, including his ex-wife, Emille Robinson.  See Ex. 1.  Those letters discuss Mr. Logan's kindness, his potential, and the highly aberrant circumstances

---

[1]      Defense counsel apologizes for the tardy submission of this Memorandum.

surrounding the offense for which Mr. Logan is to be sentenced.

4. Mr. Logan does have a history of substance abuse. However, he is very open and honest about his history of addiction and seeks help through the available resources in coping with it. As an attached letter reflects, on September 5, 2005, Mr. Logan enrolled into the Concerned Citizens on Alcohol and Drug Abuse and has been alcohol and drug free since his enrollment. See Ex. 1.

5. According to the Presentence Investigation Report ("PSI"), Mr. Logan's monthly income is only $580. We accordingly submit that Mr. Logan does not have the resources to pay a fine.

**CONCLUSION**

For the above-stated reasons, the Defendant, Lloyd Logan, respectfully submits that he should be sentenced to one year probation. Furthermore, defendant respectfully submits that he does not have the ability to pay a fine.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500