# B

### DR. BRENDA L. BELTON

January 13, 2006

The Honorable Ricardo Urbina
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Urbina;

I am writing as a character reference for Mr. Lloyd Logan. I have known Mr. Logan for over 30 plus years. I first met Lloyd as a student in a school that I worked in as a school administrator. He was a very hard-working and conscientious young man. Lloyd came from a troubled home but he achieved in spite of this adversity.

I reconnected with Lloyd when he started to work for the District of Columbia Public Schools. Mr. Logan was always trying to encourage students and lecturing them on making correct choices. He saw himself in many young faces and wanted to do all he could to help them become productive citizens.

Lloyd Logan is a very good human being. However, he is just that, a human being. Not perfect and at times make bad choices. I believe that Lloyd Logan has learned from his bad judgment. The reason I believe this is I have seen him with his son and see the great love that he has for him. I have talked with Lloyd on many occasions about the kind of wonderful future he wants for his son, and how Lloyd wants to be a great father. I know that he wants to be in his son's life and realizes that he must do what is correct in order to be around for that.

As an educator for over 40 years, I have met many, many young people when given the opportunity learn from their mistakes and go on to live very productive lives. In fact, I have seen them become, teachers, doctors, judges, presidents and most importantly wonderful human beings. I believe, given the opportunity, Lloyd Logan will learn from this situation and go on to become an outstanding citizen.

Thank you, for your consideration.

Sincerely,

Brenda L. Belton, Ph.D.

4504 Argyle Terrace NW
Washington, DC 20011

200/369-0091
brendabelton@aol.com

**Concern Citizens On Alcohol And Drug Abuse, Inc.**
**3115 Martin Luther King Ave. S.E.**
**Washington, D.C.      20032**
**Phone: (202) 563-3209**
**Fax: (202) 562-8016**

December 14, 2005

From: Mr. Steven Massey, CAC 1,RAC
   Concern Citizens 0n Alcohol And Drug Abuse.
   3115 Martin Luther King Ave. S.E.
   Washington, D.C. 20032

Dear

   Ms. Lloyd Logan enrolled into Concerned Citizens On Alcohol And Drug Abuse on September 5, 2005. Mr. Lloyd has been alcohol and drug free, since his enrollment.
   That requires him to do urinalysis, Individual Counseling, Support Group, and Networking with peers on a continuing basic four (4) days a week and 1 outside Support Group bi weekly NA. Ms. Lloyd completion date is March 5, 2005.

   If there is any additional information that you may need. Please feel free to call me at the number above.

                                    Thank you,

                                    *[signature]* CAC I, RAC
                                    Steven Massey, CAC 1, RAC

*Emille Mercer Robinson*
1225 Hamilton Street, N.E.
Washington, D.C. 20011
202.636.8105
maibaby523@msn.net

December 21, 2005

The Honorable Ricardo M. Urbina
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 4311
Washington, D.C. 20001

    Re:    Lloyd T. Logan

Dear Judge Urbina:

    I am writing this letter on behalf of Lloyd T. Logan, to whom I am currently married and who will appear before you for sentencing on January 25, 2006. I hope you will take into consideration my thoughts as you sentence him.

    At this time, Lloyd and I are in the process of a divorce. Having said that, however, our parting is amicable, and while we no longer live as husband and wife, I continue to regard Lloyd as a good person who tries to live his life in a decent and upstanding way. The matter before you involves what I honestly feel is an aberration from his behavior as I know it and involved a solitary lapse in good judgment. Further, I sincerely believe that this act was neither planned nor premeditated, but rather the result of an instantaneous and foolish decision made to a situation which happened to present itself. Lloyd loved his job at ABRA and had great respect for his director and colleagues there. I know that he will regret his actions for the rest of his life and feel certain that he will never do such a thing again.

    Over the last couple of years, Lloyd has beaten himself up over this situation far more than anyone else could. It has wreaked havoc in every area of his life, including our marriage, and he knows that this blemish to his reputation will be difficult to overcome. I believe his difficulty in finding employment and estrangement from family and friends has been punishment enough. For these reasons, I respectfully request that you sentence him in the most lenient way possible and give him an opportunity to move forward and begin the process of rebuilding his life.

                                                           Sincerely,

                                                         Emille Mercer Robinson

733 3rd Street, NE
Washington, DC 20002

January 13, 2006

The Honorable Ricardo Urbina
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re: Lloyd Logan

Dear Judge Urbina:

    I have known Lloyd Logan in a variety of capacities for over 20 years. Not only is he a friend, he is also a former co-worker. Lloyd is a very caring and considerate individual. While working with him, I found him to be efficient, organized and extremely competent. In addition, to being a hard worker, he always found time to assist others in their job.

    I am aware of the crime to which he pleads guilty. I personally feel that he has learned a valuable lesson and this will not happen again.

    If you have any questions, please do not hesitate to contact me at (202) 442-5195.

                                    Sincerely,

                                    Mary L. Brown