**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER  TELEPHONE (202) 208-7500
*Federal Public Defender*  FAX (202) 208-7515

January 23, 2006

The Honorable Ricardo M. Urbina
United States District Court
333 Constitution Avenue, NW
Washington, D.C. 20001

Re:   United States v. Lloyd Logan
      Criminal Number 05-350 (RMU)

Dear Judge Urbina:

I write to apologize for today's tardy submission of Mr. Logan's Memorandum In Aid of Sentencing. There is no good excuse for my actions. I had intended to file the Memorandum earlier but became caught up in other work and only this past weekend realized that the task was still outstanding.

I hope the Memorandum is clear that there are no disputed legal or factual issues in Mr. Logan's case. I therefore believed (wrongly, in retrospect) that today's submission of the Memorandum would not be problematic for the Court or government counsel, and decided to submit the Memorandum as opposed to seeking a late continuance. I realize now that my entire handling of this matter was ill-considered and apologize to the Court and its staff for submitting the Memorandum out of time.

In the future, I will ensure that all submissions to the Court are made consistent with the Scheduling Order, or that I have requested a continuance of the deadline at the appropriate time and for good cause.

Respectfully submitted,

/s/

JONATHAN S. JEFFRESS
Assistant Federal Public Defender

cc:   Jonathan Rosen, USAO