UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 05-350 (RMU)
:
Lloyd Logan,  :
:
Defendant(s).  :

**FILED**
JAN 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 24th day of January 2006,

ORDERED that a progress hearing in the above-captioned case shall take place on September 5, 2006 at 10:30 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge