UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0350 |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: |
|  | : |  |
| Logan, Lloyd | : | Disclosure Date: **December 8, 2005** |

FILED
JAN 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

(   )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          ___12/21/05___
**Prosecuting Attorney**                            **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

(   )    There are no material/factual inaccuracies therein.

(   )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  1/24/06          _____  1/24/06
**Defendant**         **Date**                  **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 23, 2005**, to U.S. Probation Officer **LaVerne A. Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
         United States Probation Officer