UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-350   (RMU) |
| | : | |
| LLOYD LOGAN, | : | |
| | : | **FILED** |
| Defendant. | : | SEP 5 – 2006 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 5th day of September 2006,

**ORDERED** that a progress hearing in the above-captioned case shall take place on Dec. 5 2006 at 10:15.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge