UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-350 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **LLOYD LOGAN** | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is no longer assigned to Assistant U.S. Attorney Jonathan Rosen but now is assigned to Assistant United States Attorney G. Bradley Weinsheimer, Bar Number 431796, telephone number (202) 514-6991 and this is notice of the appearance of AUSA Weinsheimer in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-6991

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, a copy of the Government's Motion to Substitute Counsel and to Enter an Appearance was provided by electronic mail to counsel for the defendant: Jonathan Jeffress, Esq., Office of the Federal Public Defender, 625 Indiana Ave., N.W., Suite 550, Washington, D.C. 20004.

_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY