UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 05-350 (RMU) |
| LLOYD LOGAN, | : |
| Defendant. | : |

ORDER

**FILED**

**NOV 3 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 30th day of November 2006,

**ORDERED** that the progress hearing in the above-captioned case scheduled for December 5, 2006 is hereby **VACATED** and **RESCHEDULED** for March 19, 2007 at 1:30 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge