UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
            v.              :   Criminal Action No.: 05-350 (RMU)
                            :
Lloyd Logan,                :
                            :
            Defendant.      :

**ORDER**

It is this 5th day of March 2007,

**ORDERED** that the progress hearing in the above-captioned case scheduled for March 19, 2007 is hereby **VACATED** and **RESCHEDULED** for March 29, 2007 at 2:00 pm.

**SO ORDERED**.

FILED
MAR 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Ricardo M. Urbina
United States District Judge