UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-350 (RMU) |
| | : | |
| LLOYD LOGAN, | : | **FILED** |
| | : | |
| Defendant. | : | MAR 2 9 2007 |

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 29th day of March 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on _Sept. 25 2007_ at _1:45_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

