UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-350 (RMU) |
| | : | |
| v. | : | |
| | : | |
| LLOYD LOGAN | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is no longer assigned to Assistant U.S. Attorney G. Bradley Weinsheimer but now is assigned to Assistant United States Attorney Thomas Hibarger, Bar Number 413224, telephone number (202) 514-7385 and this is notice of the appearance of AUSA Hibarger in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar No. 498610
UNITED STATES ATTORNEY

_____
THOMAS HIBARGER
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 413224
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-7385