UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-350 (RMU) |
| | : | |
| LLOYD LOGAN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
SEP 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 25th day of September 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on March 24, 2007, at 10:15 a.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge