UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-350 (RMU) |
| | : | |
| LLOYD LOGAN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
JAN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 15th day of January 2008,

**ORDERED** that the progress hearing in the above-captioned case scheduled for March 24, 2008 is hereby **VACATED** and **RESCHEDULED** for May 5, 2008 at 2:00 p.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge